THE STATE OF OHIO, APPELLEE, *v.* CHEREN, APPELLANT.

[Cite as *State v. Cheren* (1995), 73 Ohio St.3d 138.]

(No. 95–38—Submitted April 18, 1995—Decided August 16, 1995.)

*Maureen O'Connor,* Summit County Prosecuting Attorney, and *William D. Wellemeyer,* Assistant Prosecuting Attorney, for appellee.

*Oles Cheren, pro se.*

*Per Curiam.* The decision of the court of appeals denying this successive application is affirmed on the basis of *State v. Peeples* (1995), 73 Ohio St.3d 149, 652 N.E.2d 717, decided today.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., not participating.